1  TERRY COLLINGSWORTH
   tc@conradscherer.com
2  CONRAD & SCHERER, LLP
   1156 15th Street NW, Suite 502,
3  Washington, D.C.  20005
   Telephone:  (202) 543-4001
4  Facsimile:   (866) 803-1125

5  Attorneys for Plaintiffs

6  JEROME C. ROTH (Cal. Bar No. 159483)
   Jerome.Roth@mto.com
7  GABRIEL P. SANCHEZ (Cal. Bar No. 241367)
   Gabriel.Sanchez@mto.com
8  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
9  San Francisco, CA  94105-2907
   Telephone:  (415) 512-4000
10 Facsimile:   (415) 512-4077

11 Attorneys for Defendants,
   OCCIDENTAL PETROLEUM
12 CORPORATION and OCCIDENTAL
   EXPLORATION AND PRODUCTION
   COMPANY

13 *Additional counsel listed on page following
14 remainder of caption*

15                UNITED STATES DISTRICT COURT

16                CENTRAL DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  PATRICIA ESTHER MAMALLACTA SHIGUANGO, *et al.*, | CASE NO.  CV 06-4982-ODW (CWx) |
| 19  Plaintiffs, | |
| 20  vs. | **ORDER ENTERING STIPULATED CONFIDENTIALITY PROTECTIVE ORDER** |
| 21  OCCIDENTAL PETROLEUM CORPORATION, *et al.*, | |
| 22  | **NOTE CHANGES MADE BY COURT** |
| 23  Defendants. | |

10101302.1

**ORDER ENTERING STIPULATED CONFIDENTIALITY PROTECTIVE ORDER**

*Additional Attorneys for Defendants:*

DANIEL P. COLLINS (Cal. Bar No. 139164)
Daniel.Collins@mto.com
MANUEL F. CACHÁN (Cal. Bar No. 216987)
Manuel.Cachan@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave., 35th Floor
Los Angeles, Ca 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Additional Attorneys for Plaintiffs:*

PAUL HOFFMAN (Cal. Bar No. 071244)
Hoffpaul@aol.com
SCHONBRUN DESIMONE SELPLOW
 HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, CA 90291
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

WILLIAM SCHERER (FL No. 0169454)
wrs@conradscherer.com
CONRAD & SCHERER, LLP
633 S. Federal Highway, 8th Flr.
Fort Lauderdale, FL 33301
Telephone: (954) 462-5500
Facsimile: (954) 463-9244

ERIC J. HAGER (DC Bar No. 975861)
ehager@conradscherer.com
Conrad & Scherer, LLP
Avenida República de El Salvador 500
   e Irlanda
Edificio Siglo XXI, PH Oficina W
Quito, Ecuador
Phone: (593 2) 2468-575
Fax: (593 2) 2452-961

10101302.1

**ORDER ENTERING STIPULATED CONFIDENTIALITY PROTECTIVE ORDER**

1  Pursuant to the stipulation of Plaintiffs and Defendants Occidental Petroleum
2  Corporation and Occidental Exploration and Production Company, through their
3  respective counsel, and for good cause appearing, it is HEREBY ORDERED that
4  the Stipulation Of The Parties For Confidentiality Protective Order **as modified by**
5  **the court** is approved and the Confidentiality Protective Order shall apply to this
6  litigation.
7  SO ORDERED.

10  April 16, 2010

*[signature: Carla M. Woehrle]*
Hon. Carla M. Woehrle
United States Magistrate Judge

10101302.1                                                           - 1 -

**ORDER ENTERING STIPULATED CONFIDENTIALITY PROTECTIVE ORDER**